1038

No. D–1702. IN RE DISBARMENT OF SCOTT. Arthur R. Scott, Jr., of New York, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1703. IN RE DISBARMENT OF ABRAMSON. Herbert W. Abramson, of Ft. Lauderdale, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1704. IN RE DISBARMENT OF COOKE. Lane J. Cooke, of Hickory, N. C., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1705. IN RE DISBARMENT OF GRINES. Joseph Michael Grines, of Langhorne, Pa., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1706. IN RE DISBARMENT OF SWAIM. John J. Swaim, of Philadelphia, Pa., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1707. IN RE DISBARMENT OF BARNETT. Elliott B. Barnett, of Delray Beach, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 94–9428. MCKENSLEY v. UNITED STATES, 516 U. S. 826;
No. 95–1292. JACOBS v. KERN COMMUNITY COLLEGE DISTRICT, 517 U. S. 1135;
No. 95–1461. PETITTE BROTHERS MINING CO., INC., ET AL. v. CONNORS, TRUSTEE, UNITED MINE WORKERS OF AMERICA 1950 PENSION PLAN, ET AL., 517 U. S. 1189;

No. 95–1551.  HINCHLIFFE ET UX. v. FEDERAL HOME LOAN MORTGAGE CORPORATION ET AL., 517 U. S. 1209;

No. 95–1555.  CONNOR v. FLYNN, 517 U. S. 1210;

No. 95–1578.  KELLY v. PENSON, 517 U. S. 1210;

No. 95–1640.  ANDERSON v. SHARMA ET AL. (two judgments), 517 U. S. 1234;

No. 95–7022.  CAPERS ET AL. v. UNITED STATES, 517 U. S. 1211;

No. 95–7041.  CARPIO v. OFFICE OF PERSONNEL MANAGEMENT, 517 U. S. 1139;

No. 95–7081.  CABILES v. OFFICE OF PERSONNEL MANAGEMENT, 517 U. S. 1139;

No. 95–7145.  ISLA v. OFFICE OF PERSONNEL MANAGEMENT, 517 U. S. 1139;

No. 95–7182.  MAGANTE v. OFFICE OF PERSONNEL MANAGEMENT, 517 U. S. 1140;

No. 95–7505.  DAVIS v. MISSISSIPPI, 517 U. S. 1192;

No. 95–7663.  AMOS v. ESMOR MANSFIELD, INC., ET AL., 517 U. S. 1110;

No. 95–7816.  ESCUSA v. OFFICE OF PERSONNEL MANAGEMENT, 517 U. S. 1142;

No. 95–7946.  PULIDO v. UNITED STATES, 517 U. S. 1235;

No. 95–7983.  SMITH v. HERRING, WARDEN, ET AL., 517 U. S. 1159;

No. 95–8017.  BURRESS v. UNITARIAN-UNIVERSALIST SOCIETY OF SACRAMENTO, INC., ET AL., 517 U. S. 1169;

No. 95–8082.  CUDAL v. OFFICE OF PERSONNEL MANAGEMENT, 517 U. S. 1211;

No. 95–8114.  ANDERSON v. DAVIS ET AL., 517 U. S. 1172;

No. 95–8138.  PAJE v. OFFICE OF PERSONNEL MANAGEMENT, 517 U. S. 1211;

No. 95–8143.  SANDOVAL v. OFFICE OF PERSONNEL MANAGEMENT, 517 U. S. 1211;

No. 95–8219.  TAYLOR v. HANKS, SUPERINTENDENT, WABASH VALLEY CORRECTIONAL INSTITUTE, 517 U. S. 1194;

No. 95–8224.  DE GUZMAN v. OFFICE OF PERSONNEL MANAGEMENT, 517 U. S. 1211;

No. 95–8230.  JEFFRESS v. SUTER, CLERK, SUPREME COURT OF THE UNITED STATES, 517 U. S. 1194;

No. 95–8237.  OKOLIE ET AL. v. RICHARDSON, COMMISSIONER OF INTERNAL REVENUE, 517 U. S. 1161;

No. 95–8305.  FABIAN v. SHADE, 517 U. S. 1212;

1040

No. 95–8316. STITT v. JOHNSON, DIRECTOR, TEXAS DEPART-MENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 517 U. S. 1212;

No. 95–8320. BUC-HANAN v. CALIFORNIA, 517 U. S. 1212;

No. 95–8356. GOLD v. MORRISON-KNUDSEN CO. ET AL., 517 U. S. 1213;

No. 95–8373. SPYCHALA v. LEWIS, WARDEN, ET AL., 517 U. S. 1223;

No. 95–8376. RODENBAUGH v. LEARY, 517 U. S. 1223;

No. 95–8377. PRIETO v. CRAWFORD ET AL., 517 U. S. 1223;

No. 95–8387. IN RE SPELLMAN, 517 U. S. 1219;

No. 95–8417. MCQUEEN v. MATA ET AL., 517 U. S. 1224;

No. 95–8418. MCQUEEN v. TURNER ET AL., 517 U. S. 1224;

No. 95–8420. MOOMCHI v. UNIVERSITY OF NEW MEXICO ET AL., 517 U. S. 1224;

No. 95–8433. ARTIS v. GARRAGHTY, WARDEN, 517 U. S. 1225;

No. 95–8474. LEVINE v. UNITED STATES ET AL., 517 U. S. 1225;

No. 95–8513. JONES v. UNITED STATES, 517 U. S. 1198;

No. 95–8514. BOUNDS v. UNITED STATES, 517 U. S. 1198;

No. 95–8521. LEWIS v. CENTURY MORTGAGE CO. ET AL., 517 U. S. 1237;

No. 95–8522. ALVAREZ v. OFFICE OF PERSONNEL MANAGE-MENT, 517 U. S. 1226;

No. 95–8533. DEDES v. PAGE ET AL., 517 U. S. 1237;

No. 95–8546. MCQUEEN v. CANNON ET AL., 517 U. S. 1247;

No. 95–8580. WILLIAMS v. WORKERS' COMPENSATION AP-PEALS BOARD ET AL., 517 U. S. 1248;

No. 95–8597. SCOTT v. MOYER, CHIEF JUSTICE, SUPREME COURT OF OHIO, ET AL., 517 U. S. 1226;

No. 95–8625. IN RE CROWDER, 517 U. S. 1207;

No. 95–8649. AYARS v. NEW JERSEY, 517 U. S. 1227;

No. 95–8690. TILLI v. VAN ANTWERPEN, JUDGE, UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENN-SYLVANIA, ET AL., 517 U. S. 1227;

No. 95–8696. TURNER v. CLINTON, PRESIDENT OF THE UNITED STATES, ET AL.; TURNER v. ERVIN; TURNER v. KUYKENDALL; TURNER v. KUYKENDALL; and TURNER v. AUGUSTA COUNTY SHERIFF'S DEPARTMENT ET AL., ante, p. 1010;

No. 95–8709. IN RE JAFFER, ante, p. 1003;

No. 95–8742. AMARILLE v. OFFICE OF PERSONNEL MANAGE-MENT, ante, p. 1010;

No. 95–8769. CAMPBELL *v.* UNITED STATES, 517 U. S. 1228;

No. 95–8796. IN RE SISK, 517 U. S. 1219;

No. 95–8818. BAXTER *v.* CITY OF LOS ANGELES, CALIFORNIA, 517 U. S. 1249;

No. 95–8900. IN RE BALLARD ET AL., *ante,* p. 1016;

No. 95–8919. IN RE LORENZ, 517 U. S. 1232;

No. 95–8927. PARRISH *v.* COLORADO ET AL., *ante,* p. 1011; and

No. 95–9047. ABAYAN *v.* OFFICE OF PERSONNEL MANAGEMENT, *ante,* p. 1012. Petitions for rehearing denied.

No. 95–1190. MCCLARAN, DIRECTOR, CHILD SUPPORT SERVICES, TENNESSEE DEPARTMENT OF HUMAN SERVICES *v.* DAVIS ET AL., 517 U. S. 1128;

No. 95–8309. JEDRZEJEWSKI *v.* MENACKER, 517 U. S. 1212; and

No. 95–8670. TRUESDALE *v.* UNITED STATES, 517 U. S. 1215. Motions for leave to file petitions for rehearing denied.

No. 95–8824. PANDEY *v.* PAUL REVERE LIFE INSURANCE CO. ET AL., 517 U. S. 1251. Petition for rehearing denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 95–9263 (A–64). IN RE OXFORD, *ante,* p. 1032. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Petition for rehearing denied.

No. 95–9264 (A–64). OXFORD *v.* BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, *ante,* p. 1031. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Petition for rehearing dismissed.

AUGUST 6, 1996

No. 96–5395 (A–73). IN RE PARKER. C. A. 8th Cir. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Petition for writ of habeas corpus denied. Petition for writ of review denied.

AUGUST 8, 1996

No. 96–5483 (A–96). IN RE HATCH. Application for stay of execution of sentence of death, presented to JUSTICE BREYER,